2012 AP -9 PM 4: 10

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Civil Action No. 2:12-cv-00018-AM |
| 2011 JEEP GRAND CHEROKEE, VIN: 1J4RR5GT9BC582749, | ) ) ) |
| Respondent. | ) ) |

**VERIFIED CLAIM OF ULTRA PROTECTION ARMORING, S.A. de C.V., PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS**

PLEASE TAKE NOTICE that Real Party-in-Interest Ultra Protection Armoring, S.A. de C.V. ("Ultra"), pursuant to 18 U.S.C. § 983(a)(2) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts, under penalty of perjury, right, title and interest in, and makes a claim upon, the property identified below in the above-captioned matter.

1. Ultra asserts a claim of right, title and/or interest to the 2011 Jeep Grand Cherokee, Vehicle Identification Number 1J4RR5GT9BC582749, fitted with armoring installed by Ultra Armoring, LLC ("UA") (hereinafter "the Jeep"), that was seized by representatives of the United States Customs and Border Protection at the Camino Real International Bridge border crossing in Eagle Pass, Texas, on or about March 31, 2011.

2. Ultra is the lawful owner and the party that held legal and record title to the Jeep prior to the seizure.

SIN TEXTO

SIN TEXTO

Pursuant to the provisions of 18 U.S.C. § 983(a)(2) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this the 03 day of ~~March~~ April, 2012.

ULTRA PROTECTION ARMORING, S.A. de C.V.

_____
IGNACIO DIEGO MUÑOZ
MANAGER

SIN TEXTO



SIN TEXTO

El Ciudadano Licenciado **JOSE DIAZ MORENO,** Notario Público número cuarenta y cinco (45) En ejercicio en el Distrito Notarial de Saltillo, Estado de Coahuila de Zaragoza, con domicilio en calle Distrito Federal número (794) setecientos noventa y cuatro Colonia Republica Oriente de esta misma ciudad; **Ratifica y hace constar:** Que compareció Ante Mí: El señor **C.P. IGNACIO DIEGO MUÑOZ** mexicano por nacimiento, mayor de edad, casado, profesionista, ser Causante del Impuesto sobre la Renta, al corriente del mismo, sin acreditarlo, con Registro Federal De Contribuyentes Dimi-490909 y con domicilio en calle Avellana número 444, del Fraccionamiento Nogalar del Campestre, de esta Ciudad, Y se Identifica con la credencial para votar con fotografía, expedida por el Instituto Federal Electoral, en su carácter de Administrador Único de la Sociedad Mercantil denominada **"ULTRA PROTECTION ARMORING", S.A. DE C.V**;, Personalidad que acredita mediante la Escritura Pública número 91 de fecha 21 de Julio del 2010, otorgada ante la Fe del Licenciado José Díaz Moreno, Notario Público número 45, en ejercicio en éste Distrito Notarial de Saltillo, inscrito en el Registro Público de la Propiedad y del Comercio de la Ciudad de Monterrey, Nuevo León, bajo el folio mercantil electrónico número 121751*1 de fecha 27 de Julio del 2010, y que en sus partes conducentes transcribo: "*COMPARECIERON: :* los señores **IGNACIO DIEGO MUÑOZ, IGNACIO DIEGO PLOWELLS** y **FRANK A. STEWART** en representación de la empresa **ULTRA ARMORING,** . ESTATUTOS.- CAPITULO PRIMERO.- DE LA DENOMINACION, DURACION, OBJETO, DOMICILIO Y NACIONALIDAD.- ARTICULO PRIMERO.- DENOMINACIÓN: La sociedad se denominará **"ULTRA PROTECTION ARMORING"**, debiendo siempre ir seguida de las palabras **SOCIEDAD ANONIMA DE CAPITAL VARIABLE** ó de su abreviatura **S.A. DE C.V.** ARTICULO SEGUNDO.- DURACIÓN: La duración de la Sociedad será de **(99) NOVENTA Y NUEVE AÑOS**, los cuales se contarán a partir de la fecha de la firma de la presente escritura. ARTICULO TERCERO.- DOMICILIO: El domicilio de la Sociedad será en la ciudad de **San Pedro Garza García, Nuevo León** pudiendo establecer agencias, oficinas y sucursales en toda la República Mexicana y en el extranjero. ARTÍCULO CUARTO.- OBJETO: El Objeto de la Sociedad será: **a).-** Diseñar, fabricar, adquirir, importar, exportar, comercializar, arrendar, distribuir y ensamblar materiales, autopartes, accesorios y vehículos automotores blindados para la transportación de mercancías valores y personas así como para fines arquitectónicos y de construcción de obra civil blindada para la protección de bienes, valores y personas. **b).-** Actuar como intermediario para representar, gestionar y comercializar productos de empresas nacionales o extranjeras. **c).-** Brindar asesoría profesional en materia de protección y seguridad para el buen uso de los productos vendidos a la sociedad. **d).-** Venta e instalación de todo equipo de seguridad, sea este para uso personal, residencial (casas, particulares, departamentos, condominios y colonias, etcétera, comercial, industrial o gubernamental dentro del Territorio Nacional. **e).-** Procedimientos que permitan la prestación de servicios o que deriven o sean relativos, conexos o similares a los servicios descritos. **f).-** La representación o corresponsalía en la República mexicana o en el extranjero, de empresas de seguridad, permitiendo que dichas personas o instituciones representen a la sociedad o sean sus corresponsales.......... CAPITULO SEGUNDO.- DEL CAPITAL SOCIAL Y DE LAS ACCIONES.- ARTICULO SEXTO.- CAPITAL SOCIAL: El Capital Social mínimo fijo es la suma de $1'000,000.00 (UN MILLON DE PESOS 00/100 MONEDA NACIONAL), dividido en cincuenta acciones nominativas, comunes y con valor nominal de $1,000.00 (MIL PESOS 00/100 MONEDA NACIONAL), cada una. El Capital Social variable será inicial e igualmente estará representado por acciones nominativas comunes, con valor nominal de $1,000.00 (MIL PESOS 00/100 MONEDA NACIONAL) cada una.... CAPITULO CUARTO.- DE LA

SIN TEXTO

SIN TEXTO

**ADMINISTRACION DE LA SOCIEDAD.- ARTÍCULO VIGÉSIMO CUARTO.- ADMINISTRACION DE LA SOCIEDAD:** La Sociedad será administrada por un Consejo de Administración o por un Administrador Único, según lo determine la Asamblea General de Accionistas. La Asamblea, si así lo decide nombrará un suplente para el Administrador Único; su suplente y los miembros del Consejo de administración en su caso, podrán ser o no accionistas.... **ARTÍCULO VIGÉSIMO OCTAVO.- FACULTADES DEL ORGANO DE ADMINISTRACION:** El Administrador Único o el Presidente del Consejo de Administración, en su caso, será el órgano representativo de la Sociedad y tendrán las siguientes facultades y obligaciones: **1.-** Ejercer la representación legal de la Sociedad ante toda clase de Autoridades Federales, Estatales o Municipales ya sean Administrativas, Legislativas y Jurisdiccionales, o ante toda clase de corporaciones, sociedades, asociaciones, o personas físicas y ejecutar todos aquellos actos y operaciones y celebrar todos los contratos y convenios que estén directamente encaminados a la realización del objeto social contando con: **a).- <u>PODER GENERAL PARA PLEITOS Y COBRANZAS</u>**, el que podrá ejercer las siguientes facultades y atribuciones, en sentido enunciativo más no limitativo: Representar a la Sociedad con poder general amplísimo para pleitos y cobranzas, en los términos del párrafo primero del Artículo 3008 (tres-cero-cero-ocho) del Código Civil del Estado de Coahuila de Zaragoza, sus concordantes los Artículos (2554) dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal, así como sus concordantes en todos y cada uno de los Códigos Civiles de los Estados de la República y del Distrito Federal, con todas las facultades generales y las especiales que requieren cláusula especial conforme a la Ley, estando especialmente facultados pero sin hacer limitación alguna, para: 1.- Representar a la Sociedad ante personas físicas, morales, árbitros de cualquier naturaleza y ante toda clase de Autoridades de cualquier fuero, sean Judiciales (Civiles o Penales), Administrativas o del Trabajo, tanto del orden federal como local en toda la extensión de la República como en el extranjero, en juicio o fuera de él, 2.- Promover toda clase de juicios y procedimientos, de carácter civil, mercantil, penal, fiscal, del trabajo, contenciosos-administrativos, incluyendo el juicio de amparo, así como procedimientos alternos o arbitrales, seguirlos en todos sus trámites y desistirse de ellos, 3.- Someter los conflictos a métodos alternos, conciliar ante los Jueces, y suscribir, en su caso, los convenios correspondientes, 4.- Interponer toda clase de recursos contra autos interlocutorios y definitivos, consentir los favorables y pedir revocación por contrario imperio, 5.- Contestar las demandas que se interpongan en contra de la Sociedad y seguir los juicios por sus demás trámites legales, 6.- Interponer toda clase de recursos, en las instancias y ante las Autoridades que procedan, 7.- Reconocer firmas, documentos y redargüir de falsas las que se presenten por la contraria, 8.- Presentar testigos, ver protestar a los de la contraria, tacharlos y repreguntarlos, 9.- Articular y absolver posiciones, 10.- Transigir y comprometer en árbitros, 11.- Recusar Magistrados, Jueces y demás funcionarios judiciales o administrativos, así como árbitros, sin causa con causa o bajo protesta de Ley, 12.- Nombrar peritos, 13.- Recibir valores, otorgar recibos y cartas de pago, 14.- Formular y presentar denuncias, querellas o acusaciones y ratificarlas, coadyuvar con el Ministerio Público en causas criminales, constituir en parte civil a la Sociedad y otorgar perdones cuando a su juicio el caso lo amerite y legalmente proceda. **b).- <u>PODER GENERAL PARA ACTOS DE ADMINISTRACION</u>**, el que podrá ejercer respecto de los bienes de la Sociedad, en los términos del párrafo segundo del Artículo 3008 (tres-cero-cero-ocho) del Código Civil del Estado de Coahuila de Zaragoza y su concordante el (2554) dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus concordantes en los demás Estados de la República. **c).- <u>PODER PARA ACTOS DE ADMINISTRACIÓN EN MATERIA LABORAL</u>.-** En los términos de los párrafos segundo y cuarto del Artículo (3008) tres mil ocho del Código Civil del Estado de

SIN TEXTO



SIN TEXTO

Coahuila, su concordante el Artículo (2554) dos mil quinientos cincuenta y cuatro del Código Civil Federal, y sus correlativos de todos los Códigos Civiles de los Estados que forman los Estados Unidos Mexicanos; para que comparezca ante todas las autoridades en materia del trabajo a realizar todas las gestiones y trámites necesarios para la solución de los asuntos que se le ofrezcan, a los que comparecerá con el carácter de representante del mandante en términos del Artículo Once de la Ley Federal del Trabajo, que determina: "Los Directores, Administradores, Gerentes, y demás personas que ejerzan funciones de Dirección o Administración en las empresas o establecimientos, serán considerados representantes del patrón y en tal concepto lo obligan en sus relaciones con sus trabajadores"; consiguientemente el apoderado podrá ejercitar las siguientes facultades, sin que en la numeración que se va a expresar, sino simplemente explicativa, comparecer en carácter de administrador y por lo tanto representante del mandante en los artículos (11) once, (692) seiscientos noventa y dos fracción II, (786) setecientos ochenta y seis y demás relativos de la Ley Federal del Trabajo, intervenga en todo conflicto individual o colectivo de trabajo, ejercite las acciones y haga valer todos los derechos que le corresponda a su poderdante, concurrir a las audiencias de Conciliación, demanda y excepciones, pruebas y resoluciones e intervenir en el procedimiento laboral en cualquiera de sus instancias, representar a su poderdante ante el (IMSS) Instituto Mexicano del Seguro Social, (INFONAVIT) Instituto del Fondo Nacional de la Vivienda para los Trabajadores, ante autoridades fiscales y demás dependencias del Gobierno Federal, Estatal o Municipal. d).- **PODER GENERAL PARA ACTOS DE DOMINIO,** en los términos del párrafo tercero del Artículo 3008 (tres-cero-cero-ocho) del Código Civil del Estado de Coahuila de Zaragoza, y su correlativo el (2554) dos mil quinientos cincuenta y cuatro del Código Civil para el Distrito Federal y sus concordantes en los demás Estados de la República. e).- **PODER GENERAL CAMBIARIO,** el que podrá ejercer, en los términos de los Artículos (9o.) noveno y (85) ochenta y cinco de la Ley General de Títulos y Operaciones de Crédito por lo que podrá, aceptar, certificar, otorgar, emitir, girar, endosar, avalar o por cualquier otro concepto suscribir títulos de crédito en nombre de la Sociedad, inclusive abrir y cancelar cuentas de cheques y autorizar firmas para librar contra ellas. f).- **FACULTADES DE SUBSTITUCION,** los Apoderados designados quedan facultados para delegar, individualmente, total o parcialmente los poderes conferidos en las mismas condiciones, pero conservando siempre el ejercicio de los mismos, pudiendo revocarlos cuando lo consideren conveniente. En caso de que la Sociedad sea administrada por un Consejo de Administración, el Presidente o quien lo supla en sus ausencias, tendrá todas las facultades conferidas al Consejo de Administración en esta Cláusula.... CAPITULO NOVENO.- **DISPOSICIONES TRANSITORIAS.- PRIMERO.-** La reunión celebrada para firmar la presente acta constituye la primera Asamblea de Accionistas y en ella se tomaron los siguientes acuerdos. **PRIMERO.-** El capital social o sea la suma de $1'000,000.00 (UN MILLON DE PESOS 00/100 MONEDA NACIONAL), queda íntegramente suscrito y pagado en efectivo de la siguiente manera: **ACCIONISTAS .- APORTACION.- PORCENTAJE DE PARTICIPACIÓN.- IGNACIO DIEGO MUÑOZ.-** RFC: DIMI480909AB8.- $250,000.- 25% .- **IGNACIO DIEGO PLOWELLS.-** RFC: DIPI860919QW8.- $250,000.- 25%.- **FRANK A. STEWART** en representación de la empresa **ULTRA ARMORING, LLC.-** $500,000.- 50%.- **TOTAL:.- $1'000,000.00.-100%.- SEGUNDO.-** ADMINISTRACION.- Los comparecientes constituidos en Asamblea General de Accionistas, resuelven: I.- Que para fines de administración de la Sociedad, está será administrada y dirigida por un ADMINISTRADOR ÚNICO, designando para tal efecto al señor IGNACIO DIEGO MUÑOZ, como Administrador Único; quien estando presente acepta el cargo que le confieren y protesta desempeñarlo fiel y legalmente, por lo que desde luego entra en funciones, en las cuales permanecerán mientras no se designe y entre en posesión quien deba substituirlo, aún cuando haya transcurrido el plazo

SIN TEXTO

SIN TEXTO

señalado. II.- El Administrador Único, antes designado, y el señor FRANK A. STEWART ejercerán por sí solo y de manera indistinta todas las facultades a que se refiere la Cláusula Vigésimo Octavo de los Estatutos Sociales, facultades que aquí se dan por reproducidas como si a la letra se insertasen para todos los efectos a que haya lugar. ..''''. Persona conocida por el Suscrito Notario y a quien conceptuo con capacidad legal para obligarse y contratar válidamente, sin constarme nada en contrario y manifiesta: que viene a **ratificar** el contenido y firma del documento que me presenta, reconociendo como suya la firma que lo calza por haber sido puesta de su puño y letra, qué autoriza hoy (03) tres días del mes de abril del año (2012) dos mil doce.- **doy fe.** ======================

**LIC. JOSÉ DÍAZ MORENO**
**NOTARIO PÚBLICO NUMERO CUARENTA Y CINCO**



No. 21739

México
**Secretaría de Gobierno**
Coah.
Apostille
(Convention de la Haye du 5 octobre 1961)

Derechos            $250,00
No. Orden           0493/2012

En México el presente documento público ha sido firmado por
LIC. JOSE DIAZ MORENO.

quien actúa en calidad de    NOTARIO PUBLICO No 45 DEL DISTRITO NOTARIAL
DE SALTILLO, COAH.

y está revestido del sello correspondiente a    LA NOTARIA No 45 DEL DISTRITO DE
SALTILLO, DEL ESTADO DE COAHUILA DE ZARAGOZA.

Certificado en    SALTILLO, COAHUILA    por    EL LIC. MARTÍN
TELLEZ CAMACHO, EL ENCARGADO DEL REGISTRO DE FIRMAS.

el  04  de  ABRIL  de  2012

Tels. (844) 411-86-71
      411-86-73

Firma

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing **VERIFIED CLAIM OF ULTRA PROTECTION ARMORING, S.A. de C.V., PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS** was filed electronically with the Court's CM/ECF facilities, which will notify all counsel of record at the email addresses listed below:

Diana Cruz-Zapata
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
diana.cruz-zapata@usdoj.gov

A copy of the foregoing was also served to Ms. Cruz-Zapata by placing the same in a sealed envelope into a United States Postal Service receptacle, first class mail, postage prepaid, to the mailing address listed above.

This the ___9___ day of April, 2012.

_____/s/ Gregory D. Torres_____
Gregory D. Torres